IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| TRAVIS LYNN SHUMWAY, an individual residing in the state of Utah; CHAD L. SHUMWAY, an individual residing in the state of Utah; MOUNTAIN WEST MEDICAL SUPPLY, L.L.C., a Utah limited liability company; UNITED ENERGY WORKERS HEALTHCARE, CORP., an Ohio corporation; FOUR CORNERS HEALTH CARE CORP., a Utah corporation; and FOUR CORNERS HEALTHCARE INC., a Wyoming corporation;<br><br>   Plaintiffs,<br>v.<br><br>JAMES LINN WRIGHT, an individual; AUDRA WRIGHT, an individual; GARY D. SLAVENS, an individual; JANE AND JOHN DOES 1-10; and DOE BUSINESS ENTITIES 1-10;<br>   Defendants. | **ORDER PROPOSING APPOINTMENT OF SPECIAL MASTER**<br><br><br>Case No.: 4:19-cv-00058-DN-PK<br><br><br>District Judge David Nuffer |

  The specialized nature of the issues which may be presented by the seizure of electronic data in this case, and the need to prevent delay, suggest that appointment of a special master be made at the start of the hearing set September 3, 2019.

  A proposed order appointing special master, which would be entered at the time of entry of a seizure order, is attached, together with the CV for Phil Favro, the proposed special master, whose fees are $295 per hour, with expenses charged in addition.

Any objection to the appointment must be filed by Plaintiffs before August 28, 2019, and by any other party by September 2, 2019.

Plaintiffs must serve this order and all attachments with the seizure order, summons and complaint.

SIGNED this 22nd day of August, 2019.

BY THE COURT:

David Nuffer
United States District Judge

Order Granting Ex Parte Motion for Leave to File Case Under Seal
Travis Lynn Shumway, et al v. James Linn Wright, et al
Page 2