| Document ID | Deletion Reason | Attachment Range | Filepath |
|---|---|---|---|
| REV00025282 | Evidence of Plaintiffs' Proprietary Documents | REV00025282-REV00025282 | E016EM_GarySlavens\slavensgary@gmail.com\slavensgary@gmail.com\Items\PST\ |
| REV00025285 | Evidence of Plaintiffs' Proprietary Documents | REV00025285-REV00025285 | E016EM_GarySlavens\slavensgary@gmail.com\slavensgary@gmail.com\Items\PST\ |
| REV00025289 | Evidence of Plaintiffs' Proprietary Documents | REV00025289-REV00025289 | E016EM_GarySlavens\slavensgary@gmail.com\slavensgary@gmail.com\Items\PST\ |
| REV00025293 | Evidence of Plaintiffs' Proprietary Documents | REV00025293-REV00025293 | E016EM_GarySlavens\slavensgary@gmail.com\slavensgary@gmail.com\Items\PST\ |
| REV00025307 | Evidence of Plaintiffs' Proprietary Documents | REV00025307-REV00025307 | E016EM_GarySlavens\slavensgary@gmail.com\slavensgary@gmail.com\Items\PST\ |
| REV00025308 | Evidence of Plaintiffs' Proprietary Documents | REV00025308-REV00025309 | E016EM_GarySlavens\slavensgary@gmail.com\slavensgary@gmail.com\Items\PST\ |
| REV00025407 | Evidence of Plaintiffs' Proprietary Documents | REV00025407-REV00025407 | E016EM_GarySlavens\slavensgary@gmail.com\slavensgary@gmail.com\Items\PST\ |
| REV00025580 | Evidence of Plaintiffs' Proprietary Documents | REV00025580-REV00025581 | E016EM_GarySlavens\slavensgary@gmail.com\slavensgary@gmail.com\Items\PST\ |
| REV00025581 | Evidence of Plaintiffs' Proprietary Documents | REV00025580-REV00025581 | E016EM_GarySlavens\slavensgary@gmail.com\slavensgary@gmail.com\Items\PST\ |
| REV00025604 | Evidence of Plaintiffs' Proprietary Documents | REV00025604-REV00025605 | E016EM_GarySlavens\slavensgary@gmail.com\slavensgary@gmail.com\Items\PST\ |
| REV00025605 | Evidence of Plaintiffs' Proprietary Documents | REV00025604-REV00025605 | E016EM_GarySlavens\slavensgary@gmail.com\slavensgary@gmail.com\Items\PST\ |
| REV00025608 | Evidence of Plaintiffs' Proprietary Documents | REV00025608-REV00025608 | E016EM_GarySlavens\slavensgary@gmail.com\slavensgary@gmail.com\Items\PST\ |
| REV00025613 | Evidence of Plaintiffs' Proprietary Documents | REV00025613-REV00025613 | E016EM_GarySlavens\slavensgary@gmail.com\slavensgary@gmail.com\Items\PST\ |
| REV00025628 | Evidence of Plaintiffs' Proprietary Documents | REV00025628-REV00025628 | E016EM_GarySlavens\slavensgary@gmail.com\slavensgary@gmail.com\Items\PST\ |
| REV00025653 | Evidence of Plaintiffs' Proprietary Documents | REV00025653-REV00025653 | E016EM_GarySlavens\slavensgary@gmail.com\slavensgary@gmail.com\Items\PST\ |
| REV00025654 | Evidence of Plaintiffs' Proprietary Documents | REV00025654-REV00025655 | E016EM_GarySlavens\slavensgary@gmail.com\slavensgary@gmail.com\Items\PST\ |

| | | | |
|---|---|---|---|
| REV00025655 | Evidence of Plaintiffs' Proprietary Documents | REV00025654-REV00025655 | E016EM_GarySlavens\slavensgary@gmail.com\slavensgary@gmail.com\Items\PST\ |
| REV00025656 | Evidence of Plaintiffs' Proprietary Documents | REV00025656-REV00025656 | E016EM_GarySlavens\slavensgary@gmail.com\slavensgary@gmail.com\Items\PST\ |
| REV00025661 | Evidence of Plaintiffs' Proprietary Documents | REV00025661-REV00025662 | E016EM_GarySlavens\slavensgary@gmail.com\slavensgary@gmail.com\Items\PST\ |
| REV00025662 | Evidence of Plaintiffs' Proprietary Documents | REV00025661-REV00025662 | E016EM_GarySlavens\slavensgary@gmail.com\slavensgary@gmail.com\Items\PST\ |
| REV00025663 | Evidence of Plaintiffs' Proprietary Documents | REV00025663-REV00025665 | E016EM_GarySlavens\slavensgary@gmail.com\slavensgary@gmail.com\Items\PST\ |
| REV00025664 | Evidence of Plaintiffs' Proprietary Documents | REV00025663-REV00025665 | E016EM_GarySlavens\slavensgary@gmail.com\slavensgary@gmail.com\Items\PST\ |
| REV00025665 | Evidence of Plaintiffs' Proprietary Documents | REV00025663-REV00025665 | E016EM_GarySlavens\slavensgary@gmail.com\slavensgary@gmail.com\Items\PST\ |
| REV00025681 | Evidence of Plaintiffs' Proprietary Documents | REV00025681-REV00025681 | E016EM_GarySlavens\slavensgary@gmail.com\slavensgary@gmail.com\Items\PST\ |
| REV00025686 | Evidence of Plaintiffs' Proprietary Documents | REV00025686-REV00025686 | E016EM_GarySlavens\slavensgary@gmail.com\slavensgary@gmail.com\Items\PST\ |
| REV00025687 | Evidence of Plaintiffs' Proprietary Documents | REV00025687-REV00025687 | E016EM_GarySlavens\slavensgary@gmail.com\slavensgary@gmail.com\Items\PST\ |
| REV00025688 | Evidence of Plaintiffs' Proprietary Documents | REV00025688-REV00025689 | E016EM_GarySlavens\slavensgary@gmail.com\slavensgary@gmail.com\Items\PST\ |
| REV00025689 | Evidence of Plaintiffs' Proprietary Documents | REV00025688-REV00025689 | E016EM_GarySlavens\slavensgary@gmail.com\slavensgary@gmail.com\Items\PST\ |
| REV00025690 | Evidence of Plaintiffs' Proprietary Documents | REV00025690-REV00025696 | E016EM_GarySlavens\slavensgary@gmail.com\slavensgary@gmail.com\Items\PST\ |
| REV00025691 | Evidence of Plaintiffs' Proprietary Documents | REV00025690-REV00025696 | E016EM_GarySlavens\slavensgary@gmail.com\slavensgary@gmail.com\Items\PST\ |
| REV00025692 | Evidence of Plaintiffs' Proprietary Documents | REV00025690-REV00025696 | E016EM_GarySlavens\slavensgary@gmail.com\slavensgary@gmail.com\Items\PST\ |
| REV00025693 | Evidence of Plaintiffs' Proprietary Documents | REV00025690-REV00025696 | E016EM_GarySlavens\slavensgary@gmail.com\slavensgary@gmail.com\Items\PST\ |

| | | | |
|---|---|---|---|
| REV00025694 | Evidence of Plaintiffs' Proprietary Documents | REV00025690-REV00025696 | E016EM_GarySlavens\slavensgary@gmail.com\slavensgary@gmail.com\Items\PST\ |
| REV00025695 | Evidence of Plaintiffs' Proprietary Documents | REV00025690-REV00025696 | E016EM_GarySlavens\slavensgary@gmail.com\slavensgary@gmail.com\Items\PST\ |
| REV00025696 | Evidence of Plaintiffs' Proprietary Documents | REV00025690-REV00025696 | E016EM_GarySlavens\slavensgary@gmail.com\slavensgary@gmail.com\Items\PST\ |
| REV00025704 | Evidence of Plaintiffs' Proprietary Documents | REV00025704-REV00025705 | E016EM_GarySlavens\slavensgary@gmail.com\slavensgary@gmail.com\Items\PST\ |
| REV00025705 | Evidence of Plaintiffs' Proprietary Documents | REV00025704-REV00025705 | E016EM_GarySlavens\slavensgary@gmail.com\slavensgary@gmail.com\Items\PST\ |
| REV00025707 | Evidence of Plaintiffs' Proprietary Documents | REV00025707-REV00025707 | E016EM_GarySlavens\slavensgary@gmail.com\slavensgary@gmail.com\Items\PST\ |
| REV00025708 | Evidence of Plaintiffs' Proprietary Documents | REV00025708-REV00025708 | E016EM_GarySlavens\slavensgary@gmail.com\slavensgary@gmail.com\Items\PST\ |
| REV00025711 | Evidence of Plaintiffs' Proprietary Documents | REV00025711-REV00025711 | E016EM_GarySlavens\slavensgary@gmail.com\slavensgary@gmail.com\Items\PST\ |
| REV00025713 | Evidence of Plaintiffs' Proprietary Documents | REV00025713-REV00025713 | E016EM_GarySlavens\slavensgary@gmail.com\slavensgary@gmail.com\Items\PST\ |
| REV00025717 | Evidence of Plaintiffs' Proprietary Documents | REV00025717-REV00025718 | E016EM_GarySlavens\slavensgary@gmail.com\slavensgary@gmail.com\Items\PST\ |
| REV00025718 | Evidence of Plaintiffs' Proprietary Documents | REV00025717-REV00025718 | E016EM_GarySlavens\slavensgary@gmail.com\slavensgary@gmail.com\Items\PST\ |
| REV00025719 | Evidence of Plaintiffs' Proprietary Documents | REV00025719-REV00025719 | E016EM_GarySlavens\slavensgary@gmail.com\slavensgary@gmail.com\Items\PST\ |
| REV00025727 | Evidence of Plaintiffs' Proprietary Documents | REV00025727-REV00025728 | E016EM_GarySlavens\slavensgary@gmail.com\slavensgary@gmail.com\Items\PST\ |
| REV00025728 | Evidence of Plaintiffs' Proprietary Documents | REV00025727-REV00025728 | E016EM_GarySlavens\slavensgary@gmail.com\slavensgary@gmail.com\Items\PST\ |
| REV00025732 | Evidence of Plaintiffs' Proprietary Documents | REV00025732-REV00025733 | E016EM_GarySlavens\slavensgary@gmail.com\slavensgary@gmail.com\Items\PST\ |
| REV00025733 | Evidence of Plaintiffs' Proprietary Documents | REV00025732-REV00025733 | E016EM_GarySlavens\slavensgary@gmail.com\slavensgary@gmail.com\Items\PST\ |

| | | | |
|---|---|---|---|
| REV00025734 | Evidence of Plaintiffs' Proprietary Documents | REV00025734-REV00025734 | E016EM_GarySlavens\slavensgary@gmail.com\slavensgary@gmail.com\Items\PST\ |
| REV00025739 | Evidence of Plaintiffs' Proprietary Documents | REV00025739-REV00025741 | E016EM_GarySlavens\slavensgary@gmail.com\slavensgary@gmail.com\Items\PST\ |
| REV00025740 | Evidence of Plaintiffs' Proprietary Documents | REV00025739-REV00025741 | E016EM_GarySlavens\slavensgary@gmail.com\slavensgary@gmail.com\Items\PST\ |
| REV00025741 | Evidence of Plaintiffs' Proprietary Documents | REV00025739-REV00025741 | E016EM_GarySlavens\slavensgary@gmail.com\slavensgary@gmail.com\Items\PST\ |
| REV00025742 | Evidence of Plaintiffs' Proprietary Documents | REV00025742-REV00025743 | E016EM_GarySlavens\slavensgary@gmail.com\slavensgary@gmail.com\Items\PST\ |
| REV00025743 | Evidence of Plaintiffs' Proprietary Documents | REV00025742-REV00025743 | E016EM_GarySlavens\slavensgary@gmail.com\slavensgary@gmail.com\Items\PST\ |
| REV00025753 | Evidence of Plaintiffs' Proprietary Documents | REV00025753-REV00025753 | E016EM_GarySlavens\slavensgary@gmail.com\slavensgary@gmail.com\Items\PST\ |
| REV00025754 | Evidence of Plaintiffs' Proprietary Documents | REV00025754-REV00025755 | E016EM_GarySlavens\slavensgary@gmail.com\slavensgary@gmail.com\Items\PST\ |
| REV00025755 | Evidence of Plaintiffs' Proprietary Documents | REV00025754-REV00025755 | E016EM_GarySlavens\slavensgary@gmail.com\slavensgary@gmail.com\Items\PST\ |
| REV00025759 | Evidence of Plaintiffs' Proprietary Documents | REV00025759-REV00025759 | E016EM_GarySlavens\slavensgary@gmail.com\slavensgary@gmail.com\Items\PST\ |
| REV00025760 | Evidence of Plaintiffs' Proprietary Documents | REV00025760-REV00025760 | E016EM_GarySlavens\slavensgary@gmail.com\slavensgary@gmail.com\Items\PST\ |
| REV00025768 | Evidence of Plaintiffs' Proprietary Documents | REV00025768-REV00025769 | E016EM_GarySlavens\slavensgary@gmail.com\slavensgary@gmail.com\Items\PST\ |
| REV00025769 | Evidence of Plaintiffs' Proprietary Documents | REV00025768-REV00025769 | E016EM_GarySlavens\slavensgary@gmail.com\slavensgary@gmail.com\Items\PST\ |
| REV00025771 | Evidence of Plaintiffs' Proprietary Documents | REV00025771-REV00025771 | E016EM_GarySlavens\slavensgary@gmail.com\slavensgary@gmail.com\Items\PST\ |
| REV00025777 | Evidence of Plaintiffs' Proprietary Documents | REV00025777-REV00025777 | E016EM_GarySlavens\slavensgary@gmail.com\slavensgary@gmail.com\Items\PST\ |
| REV00025778 | Evidence of Plaintiffs' Proprietary Documents | REV00025778-REV00025779 | E016EM_GarySlavens\slavensgary@gmail.com\slavensgary@gmail.com\Items\PST\ |

| | | | |
|---|---|---|---|
| REV00025779 | Evidence of Plaintiffs' Proprietary Documents | REV00025778-REV00025779 | E016EM_GarySlavens\slavensgary@gmail.com\slavensgary@gmail.com\Items\PST\ |
| REV00025782 | Evidence of Plaintiffs' Proprietary Documents | REV00025782-REV00025783 | E016EM_GarySlavens\slavensgary@gmail.com\slavensgary@gmail.com\Items\PST\ |
| REV00025783 | Evidence of Plaintiffs' Proprietary Documents | REV00025782-REV00025783 | E016EM_GarySlavens\slavensgary@gmail.com\slavensgary@gmail.com\Items\PST\ |
| REV00025784 | Evidence of Plaintiffs' Proprietary Documents | REV00025784-REV00025785 | E016EM_GarySlavens\slavensgary@gmail.com\slavensgary@gmail.com\Items\PST\ |
| REV00025785 | Evidence of Plaintiffs' Proprietary Documents | REV00025784-REV00025785 | E016EM_GarySlavens\slavensgary@gmail.com\slavensgary@gmail.com\Items\PST\ |
| REV00025790 | Evidence of Plaintiffs' Proprietary Documents | REV00025790-REV00025790 | E016EM_GarySlavens\slavensgary@gmail.com\slavensgary@gmail.com\Items\PST\ |
| REV00025791 | Evidence of Plaintiffs' Proprietary Documents | REV00025791-REV00025791 | E016EM_GarySlavens\slavensgary@gmail.com\slavensgary@gmail.com\Items\PST\ |
| REV00025798 | Evidence of Plaintiffs' Proprietary Documents | REV00025798-REV00025799 | E016EM_GarySlavens\slavensgary@gmail.com\slavensgary@gmail.com\Items\PST\ |
| REV00025799 | Evidence of Plaintiffs' Proprietary Documents | REV00025798-REV00025799 | E016EM_GarySlavens\slavensgary@gmail.com\slavensgary@gmail.com\Items\PST\ |
| REV00025801 | Evidence of Plaintiffs' Proprietary Documents | REV00025801-REV00025801 | E016EM_GarySlavens\slavensgary@gmail.com\slavensgary@gmail.com\Items\PST\ |
| REV00025803 | Evidence of Plaintiffs' Proprietary Documents | REV00025803-REV00025803 | E016EM_GarySlavens\slavensgary@gmail.com\slavensgary@gmail.com\Items\PST\ |
| REV00025812 | Evidence of Plaintiffs' Proprietary Documents | REV00025812-REV00025818 | E016EM_GarySlavens\slavensgary@gmail.com\slavensgary@gmail.com\Items\PST\ |
| REV00025813 | Evidence of Plaintiffs' Proprietary Documents | REV00025812-REV00025818 | E016EM_GarySlavens\slavensgary@gmail.com\slavensgary@gmail.com\Items\PST\ |
| REV00025814 | Evidence of Plaintiffs' Proprietary Documents | REV00025812-REV00025818 | E016EM_GarySlavens\slavensgary@gmail.com\slavensgary@gmail.com\Items\PST\ |
| REV00025815 | Evidence of Plaintiffs' Proprietary Documents | REV00025812-REV00025818 | E016EM_GarySlavens\slavensgary@gmail.com\slavensgary@gmail.com\Items\PST\ |
| REV00025816 | Evidence of Plaintiffs' Proprietary Documents | REV00025812-REV00025818 | E016EM_GarySlavens\slavensgary@gmail.com\slavensgary@gmail.com\Items\PST\ |

| | | | |
|---|---|---|---|
| REV00025817 | Evidence of Plaintiffs' Proprietary Documents | REV00025812-REV00025818 | E016EM_GarySlavens\slavensgary@gmail.com\slavensgary@gmail.com\Items\PST\ |
| REV00025818 | Evidence of Plaintiffs' Proprietary Documents | REV00025812-REV00025818 | E016EM_GarySlavens\slavensgary@gmail.com\slavensgary@gmail.com\Items\PST\ |
| REV00025819 | Evidence of Plaintiffs' Proprietary Documents | REV00025819-REV00025819 | E016EM_GarySlavens\slavensgary@gmail.com\slavensgary@gmail.com\Items\PST\ |
| REV00025839 | Evidence of Plaintiffs' Proprietary Documents | REV00025839-REV00025839 | E016EM_GarySlavens\slavensgary@gmail.com\slavensgary@gmail.com\Items\PST\ |
| REV00025840 | Evidence of Plaintiffs' Proprietary Documents | REV00025840-REV00025840 | E016EM_GarySlavens\slavensgary@gmail.com\slavensgary@gmail.com\Items\PST\ |
| REV00025841 | Evidence of Plaintiffs' Proprietary Documents | REV00025841-REV00025841 | E016EM_GarySlavens\slavensgary@gmail.com\slavensgary@gmail.com\Items\PST\ |
| REV00025842 | Evidence of Plaintiffs' Proprietary Documents | REV00025842-REV00025842 | E016EM_GarySlavens\slavensgary@gmail.com\slavensgary@gmail.com\Items\PST\ |
| REV00025843 | Evidence of Plaintiffs' Proprietary Documents | REV00025843-REV00025844 | E016EM_GarySlavens\slavensgary@gmail.com\slavensgary@gmail.com\Items\PST\ |
| REV00025844 | Evidence of Plaintiffs' Proprietary Documents | REV00025843-REV00025844 | E016EM_GarySlavens\slavensgary@gmail.com\slavensgary@gmail.com\Items\PST\ |
| REV00025849 | Evidence of Plaintiffs' Proprietary Documents | REV00025849-REV00025853 | E016EM_GarySlavens\slavensgary@gmail.com\slavensgary@gmail.com\Items\PST\ |
| REV00025850 | Evidence of Plaintiffs' Proprietary Documents | REV00025849-REV00025853 | E016EM_GarySlavens\slavensgary@gmail.com\slavensgary@gmail.com\Items\PST\ |
| REV00025851 | Evidence of Plaintiffs' Proprietary Documents | REV00025849-REV00025853 | E016EM_GarySlavens\slavensgary@gmail.com\slavensgary@gmail.com\Items\PST\ |
| REV00025852 | Evidence of Plaintiffs' Proprietary Documents | REV00025849-REV00025853 | E016EM_GarySlavens\slavensgary@gmail.com\slavensgary@gmail.com\Items\PST\ |
| REV00025853 | Evidence of Plaintiffs' Proprietary Documents | REV00025849-REV00025853 | E016EM_GarySlavens\slavensgary@gmail.com\slavensgary@gmail.com\Items\PST\ |
| REV00025855 | Evidence of Plaintiffs' Proprietary Documents | REV00025855-REV00025856 | E016EM_GarySlavens\slavensgary@gmail.com\slavensgary@gmail.com\Items\PST\ |
| REV00025856 | Evidence of Plaintiffs' Proprietary Documents | REV00025855-REV00025856 | E016EM_GarySlavens\slavensgary@gmail.com\slavensgary@gmail.com\Items\PST\ |

| | | | |
|---|---|---|---|
| REV00025862 | Evidence of Plaintiffs' Proprietary Documents | REV00025862-REV00025862 | E016EM_GarySlavens\slavensgary@gmail.com\slavensgary@gmail.com\Items\PST\ |
| REV00025863 | Evidence of Plaintiffs' Proprietary Documents | REV00025863-REV00025863 | E016EM_GarySlavens\slavensgary@gmail.com\slavensgary@gmail.com\Items\PST\ |
| REV00025868 | Evidence of Plaintiffs' Proprietary Documents | REV00025868-REV00025868 | E016EM_GarySlavens\slavensgary@gmail.com\slavensgary@gmail.com\Items\PST\ |
| REV00025871 | Evidence of Plaintiffs' Proprietary Documents | REV00025871-REV00025871 | E016EM_GarySlavens\slavensgary@gmail.com\slavensgary@gmail.com\Items\PST\ |
| REV00025881 | Evidence of Plaintiffs' Proprietary Documents | REV00025881-REV00025881 | E016EM_GarySlavens\slavensgary@gmail.com\slavensgary@gmail.com\Items\PST\ |
| REV00025889 | Evidence of Plaintiffs' Proprietary Documents | REV00025889-REV00025890 | E016EM_GarySlavens\slavensgary@gmail.com\slavensgary@gmail.com\Items\PST\ |
| REV00025890 | Evidence of Plaintiffs' Proprietary Documents | REV00025889-REV00025890 | E016EM_GarySlavens\slavensgary@gmail.com\slavensgary@gmail.com\Items\PST\ |
| REV00025893 | Evidence of Plaintiffs' Proprietary Documents | REV00025893-REV00025894 | E016EM_GarySlavens\slavensgary@gmail.com\slavensgary@gmail.com\Items\PST\ |
| REV00025894 | Evidence of Plaintiffs' Proprietary Documents | REV00025893-REV00025894 | E016EM_GarySlavens\slavensgary@gmail.com\slavensgary@gmail.com\Items\PST\ |
| REV00025899 | Evidence of Plaintiffs' Proprietary Documents | REV00025899-REV00025900 | E016EM_GarySlavens\slavensgary@gmail.com\slavensgary@gmail.com\Items\PST\ |
| REV00025900 | Evidence of Plaintiffs' Proprietary Documents | REV00025899-REV00025900 | E016EM_GarySlavens\slavensgary@gmail.com\slavensgary@gmail.com\Items\PST\ |
| REV00025903 | Evidence of Plaintiffs' Proprietary Documents | REV00025903-REV00025903 | E016EM_GarySlavens\slavensgary@gmail.com\slavensgary@gmail.com\Items\PST\ |
| REV00025916 | Evidence of Plaintiffs' Proprietary Documents | REV00025916-REV00025916 | E016EM_GarySlavens\slavensgary@gmail.com\slavensgary@gmail.com\Items\PST\ |
| REV00025918 | Evidence of Plaintiffs' Proprietary Documents | REV00025918-REV00025920 | E016EM_GarySlavens\slavensgary@gmail.com\slavensgary@gmail.com\Items\PST\ |
| REV00025919 | Evidence of Plaintiffs' Proprietary Documents | REV00025918-REV00025920 | E016EM_GarySlavens\slavensgary@gmail.com\slavensgary@gmail.com\Items\PST\ |
| REV00025920 | Evidence of Plaintiffs' Proprietary Documents | REV00025918-REV00025920 | E016EM_GarySlavens\slavensgary@gmail.com\slavensgary@gmail.com\Items\PST\ |

| | | | |
|---|---|---|---|
| REV00025927 | Evidence of Plaintiffs' Proprietary Documents | REV00025927-REV00025927 | E016EM_GarySlavens\slavensgary@gmail.com\slavensgary@gmail.com\Items\PST\ |
| REV00025929 | Evidence of Plaintiffs' Proprietary Documents | REV00025929-REV00025929 | E016EM_GarySlavens\slavensgary@gmail.com\slavensgary@gmail.com\Items\PST\ |
| REV00025930 | Evidence of Plaintiffs' Proprietary Documents | REV00025930-REV00025930 | E016EM_GarySlavens\slavensgary@gmail.com\slavensgary@gmail.com\Items\PST\ |
| REV00025938 | Evidence of Plaintiffs' Proprietary Documents | REV00025938-REV00025941 | E016EM_GarySlavens\slavensgary@gmail.com\slavensgary@gmail.com\Items\PST\ |
| REV00025939 | Evidence of Plaintiffs' Proprietary Documents | REV00025938-REV00025941 | E016EM_GarySlavens\slavensgary@gmail.com\slavensgary@gmail.com\Items\PST\ |
| REV00025940 | Evidence of Plaintiffs' Proprietary Documents | REV00025938-REV00025941 | E016EM_GarySlavens\slavensgary@gmail.com\slavensgary@gmail.com\Items\PST\ |
| REV00025941 | Evidence of Plaintiffs' Proprietary Documents | REV00025938-REV00025941 | E016EM_GarySlavens\slavensgary@gmail.com\slavensgary@gmail.com\Items\PST\ |
| REV00025945 | Evidence of Plaintiffs' Proprietary Documents | REV00025945-REV00025945 | E016EM_GarySlavens\slavensgary@gmail.com\slavensgary@gmail.com\Items\PST\ |
| REV00025949 | Evidence of Plaintiffs' Proprietary Documents | REV00025949-REV00025952 | E016EM_GarySlavens\slavensgary@gmail.com\slavensgary@gmail.com\Items\PST\ |
| REV00025950 | Evidence of Plaintiffs' Proprietary Documents | REV00025949-REV00025952 | E016EM_GarySlavens\slavensgary@gmail.com\slavensgary@gmail.com\Items\PST\ |
| REV00025951 | Evidence of Plaintiffs' Proprietary Documents | REV00025949-REV00025952 | E016EM_GarySlavens\slavensgary@gmail.com\slavensgary@gmail.com\Items\PST\ |
| REV00025953 | Evidence of Plaintiffs' Proprietary Documents | REV00025953-REV00025953 | E016EM_GarySlavens\slavensgary@gmail.com\slavensgary@gmail.com\Items\PST\ |
| REV00025959 | Evidence of Plaintiffs' Proprietary Documents | REV00025959-REV00025963 | E016EM_GarySlavens\slavensgary@gmail.com\slavensgary@gmail.com\Items\PST\ |
| REV00025960 | Evidence of Plaintiffs' Proprietary Documents | REV00025959-REV00025963 | E016EM_GarySlavens\slavensgary@gmail.com\slavensgary@gmail.com\Items\PST\ |
| REV00025961 | Evidence of Plaintiffs' Proprietary Documents | REV00025959-REV00025963 | E016EM_GarySlavens\slavensgary@gmail.com\slavensgary@gmail.com\Items\PST\ |
| REV00025962 | Evidence of Plaintiffs' Proprietary Documents | REV00025959-REV00025963 | E016EM_GarySlavens\slavensgary@gmail.com\slavensgary@gmail.com\Items\PST\ |

| | | | |
|---|---|---|---|
| REV00025963 | Evidence of Plaintiffs' Proprietary Documents | REV00025959-REV00025963 | E016EM_GarySlavens\slavensgary@gmail.com\slavensgary@gmail.com\Items\PST\ |
| REV00025972 | Evidence of Plaintiffs' Proprietary Documents | REV00025972-REV00025972 | E016EM_GarySlavens\slavensgary@gmail.com\slavensgary@gmail.com\Items\PST\ |
| REV00025975 | Evidence of Plaintiffs' Proprietary Documents | REV00025975-REV00025975 | E016EM_GarySlavens\slavensgary@gmail.com\slavensgary@gmail.com\Items\PST\ |
| REV00025979 | Evidence of Plaintiffs' Proprietary Documents | REV00025979-REV00025979 | E016EM_GarySlavens\slavensgary@gmail.com\slavensgary@gmail.com\Items\PST\ |
| REV00025983 | Evidence of Plaintiffs' Proprietary Documents | REV00025983-REV00025984 | E016EM_GarySlavens\slavensgary@gmail.com\slavensgary@gmail.com\Items\PST\ |
| REV00025987 | Evidence of Plaintiffs' Proprietary Documents | REV00025987-REV00025987 | E016EM_GarySlavens\slavensgary@gmail.com\slavensgary@gmail.com\Items\PST\ |
| REV00025988 | Evidence of Plaintiffs' Proprietary Documents | REV00025988-REV00025988 | E016EM_GarySlavens\slavensgary@gmail.com\slavensgary@gmail.com\Items\PST\ |
| REV00025995 | Evidence of Plaintiffs' Proprietary Documents | REV00025995-REV00025996 | E016EM_GarySlavens\slavensgary@gmail.com\slavensgary@gmail.com\Items\PST\ |
| REV00025996 | Evidence of Plaintiffs' Proprietary Documents | REV00025995-REV00025996 | E016EM_GarySlavens\slavensgary@gmail.com\slavensgary@gmail.com\Items\PST\ |
| REV00026004 | Evidence of Plaintiffs' Proprietary Documents | REV00026004-REV00026005 | E016EM_GarySlavens\slavensgary@gmail.com\slavensgary@gmail.com\Items\PST\ |
| REV00026005 | Evidence of Plaintiffs' Proprietary Documents | REV00026004-REV00026005 | E016EM_GarySlavens\slavensgary@gmail.com\slavensgary@gmail.com\Items\PST\ |
| REV00026014 | Evidence of Plaintiffs' Proprietary Documents | REV00026014-REV00026014 | E016EM_GarySlavens\slavensgary@gmail.com\slavensgary@gmail.com\Items\PST\ |
| REV00026020 | Evidence of Plaintiffs' Proprietary Documents | REV00026020-REV00026020 | E016EM_GarySlavens\slavensgary@gmail.com\slavensgary@gmail.com\Items\PST\ |
| REV00026028 | Evidence of Plaintiffs' Proprietary Documents | REV00026028-REV00026028 | E016EM_GarySlavens\slavensgary@gmail.com\slavensgary@gmail.com\Items\PST\ |
| REV00026031 | Evidence of Plaintiffs' Proprietary Documents | REV00026031-REV00026032 | E016EM_GarySlavens\slavensgary@gmail.com\slavensgary@gmail.com\Items\PST\ |
| REV00026032 | Evidence of Plaintiffs' Proprietary Documents | REV00026031-REV00026032 | E016EM_GarySlavens\slavensgary@gmail.com\slavensgary@gmail.com\Items\PST\ |

| | | | |
|---|---|---|---|
| REV00026033 | Evidence of Plaintiffs' Proprietary Documents | REV00026033-REV00026033 | E016EM_GarySlavens\slavensgary@gmail.com\slavensgary@gmail.com\Items\PST\ |
| REV00026034 | Evidence of Plaintiffs' Proprietary Documents | REV00026034-REV00026036 | E016EM_GarySlavens\slavensgary@gmail.com\slavensgary@gmail.com\Items\PST\ |
| REV00026035 | Evidence of Plaintiffs' Proprietary Documents | REV00026034-REV00026036 | E016EM_GarySlavens\slavensgary@gmail.com\slavensgary@gmail.com\Items\PST\ |
| REV00026036 | Evidence of Plaintiffs' Proprietary Documents | REV00026034-REV00026036 | E016EM_GarySlavens\slavensgary@gmail.com\slavensgary@gmail.com\Items\PST\ |
| REV00026037 | Evidence of Plaintiffs' Proprietary Documents | REV00026037-REV00026037 | E016EM_GarySlavens\slavensgary@gmail.com\slavensgary@gmail.com\Items\PST\ |
| REV00026039 | Evidence of Plaintiffs' Proprietary Documents | REV00026039-REV00026039 | E016EM_GarySlavens\slavensgary@gmail.com\slavensgary@gmail.com\Items\PST\ |
| REV00026059 | Evidence of Plaintiffs' Proprietary Documents | REV00026059-REV00026060 | E016EM_GarySlavens\slavensgary@gmail.com\slavensgary@gmail.com\Items\PST\ |
| REV00026060 | Evidence of Plaintiffs' Proprietary Documents | REV00026059-REV00026060 | E016EM_GarySlavens\slavensgary@gmail.com\slavensgary@gmail.com\Items\PST\ |
| REV00026069 | Evidence of Plaintiffs' Proprietary Documents | REV00026069-REV00026069 | E016EM_GarySlavens\slavensgary@gmail.com\slavensgary@gmail.com\Items\PST\ |
| REV00026143 | Evidence of Plaintiffs' Proprietary Documents | REV00026143-REV00026143 | E016EM_GarySlavens\slavensgary@gmail.com\slavensgary@gmail.com\Items\PST\ |
| REV00026150 | Evidence of Plaintiffs' Proprietary Documents | REV00026150-REV00026150 | E016EM_GarySlavens\slavensgary@gmail.com\slavensgary@gmail.com\Items\PST\ |
| REV00026211 | Evidence of Plaintiffs' Proprietary Documents | REV00026211-REV00026213 | E016EM_GarySlavens\slavensgary@gmail.com\slavensgary@gmail.com\Items\PST\ |
| REV00026212 | Evidence of Plaintiffs' Proprietary Documents | REV00026211-REV00026213 | E016EM_GarySlavens\slavensgary@gmail.com\slavensgary@gmail.com\Items\PST\ |
| REV00026213 | Evidence of Plaintiffs' Proprietary Documents | REV00026211-REV00026213 | E016EM_GarySlavens\slavensgary@gmail.com\slavensgary@gmail.com\Items\PST\ |
| REV00026216 | Evidence of Plaintiffs' Proprietary Documents | REV00026216-REV00026218 | E016EM_GarySlavens\slavensgary@gmail.com\slavensgary@gmail.com\Items\PST\ |
| REV00026217 | Evidence of Plaintiffs' Proprietary Documents | REV00026216-REV00026218 | E016EM_GarySlavens\slavensgary@gmail.com\slavensgary@gmail.com\Items\PST\ |

| | | | |
|---|---|---|---|
| REV00026218 | Evidence of Plaintiffs' Proprietary Documents | REV00026216-REV00026218 | E016EM_GarySlavens\slavensgary@gmail.com\slavensgary@gmail.com\Items\PST\ |
| REV00026279 | Evidence of Plaintiffs' Proprietary Documents | REV00026279-REV00026279 | E016EM_GarySlavens\slavensgary@gmail.com\slavensgary@gmail.com\Items\PST\ |
| REV00026332 | Evidence of Plaintiffs' Proprietary Documents | REV00026332-REV00026332 | E016EM_GarySlavens\slavensgary@gmail.com\slavensgary@gmail.com\Items\PST\ |
| REV00026343 | Evidence of Plaintiffs' Proprietary Documents | REV00026343-REV00026344 | E016EM_GarySlavens\slavensgary@gmail.com\slavensgary@gmail.com\Items\PST\ |
| REV00026344 | Evidence of Plaintiffs' Proprietary Documents | REV00026343-REV00026344 | E016EM_GarySlavens\slavensgary@gmail.com\slavensgary@gmail.com\Items\PST\ |
| REV00026387 | Evidence of Plaintiffs' Proprietary Documents | REV00026387-REV00026389 | E016EM_GarySlavens\slavensgary@gmail.com\slavensgary@gmail.com\Items\PST\ |
| REV00026388 | Evidence of Plaintiffs' Proprietary Documents | REV00026387-REV00026389 | E016EM_GarySlavens\slavensgary@gmail.com\slavensgary@gmail.com\Items\PST\ |
| REV00026389 | Evidence of Plaintiffs' Proprietary Documents | REV00026387-REV00026389 | E016EM_GarySlavens\slavensgary@gmail.com\slavensgary@gmail.com\Items\PST\ |
| REV00026396 | Evidence of Plaintiffs' Proprietary Documents | REV00026396-REV00026396 | E016EM_GarySlavens\slavensgary@gmail.com\slavensgary@gmail.com\Items\PST\ |
| REV00026439 | Evidence of Plaintiffs' Proprietary Documents | REV00026439-REV00026440 | E016EM_GarySlavens\slavensgary@gmail.com\slavensgary@gmail.com\Items\PST\ |
| REV00026440 | Evidence of Plaintiffs' Proprietary Documents | REV00026439-REV00026440 | E016EM_GarySlavens\slavensgary@gmail.com\slavensgary@gmail.com\Items\PST\ |
| REV00026466 | Evidence of Plaintiffs' Proprietary Documents | REV00026466-REV00026466 | E016EM_GarySlavens\slavensgary@gmail.com\slavensgary@gmail.com\Items\PST\ |
| REV00026531 | Evidence of Plaintiffs' Proprietary Documents | REV00026531-REV00026531 | E016EM_GarySlavens\slavensgary@gmail.com\slavensgary@gmail.com\Items\PST\ |
| REV00026556 | Evidence of Plaintiffs' Proprietary Documents | REV00026556-REV00026556 | E016EM_GarySlavens\slavensgary@gmail.com\slavensgary@gmail.com\Items\PST\ |
| REV00026588 | Evidence of Plaintiffs' Proprietary Documents | REV00026588-REV00026588 | E016EM_GarySlavens\slavensgary@gmail.com\slavensgary@gmail.com\Items\PST\ |
| REV00026633 | Evidence of Plaintiffs' Proprietary Documents | REV00026633-REV00026634 | E016EM_GarySlavens\slavensgary@gmail.com\slavensgary@gmail.com\Items\PST\ |

| | | | |
|---|---|---|---|
| REV00026634 | Evidence of Plaintiffs' Proprietary Documents | REV00026633-REV00026634 | E016EM_GarySlavens\slavensgary@gmail.com\slavensgary@gmail.com\Items\PST\ |
| REV00026706 | Evidence of Plaintiffs' Proprietary Documents | REV00026706-REV00026706 | E016EM_GarySlavens\slavensgary@gmail.com\slavensgary@gmail.com\Items\PST\ |
| REV00026768 | Evidence of Plaintiffs' Proprietary Documents | REV00026768-REV00026768 | E016EM_GarySlavens\slavensgary@gmail.com\slavensgary@gmail.com\Items\PST\ |