SNOW JENSEN & REECE, P.C.
J. Gregory Hardman [8200]
Jeffrey R. Miles [14258]
Tonaquint Business Park
912 West 1600 South, Suite B-200
St. George, UT 84771-2747
Telephone: (435)628-3688
Facsimile: (435)628-3275
ghardman@snowjensen.com
jmiles@snowjensen.com

*Attorneys for Plaintiffs, Travis Lynn Shumway, Chad James Shumway, Mountain West Medical Supply, LLC, United Energy Workers Healthcare, Corp., Four Corners Health Care Corp. and Four Corners Healthcare, Inc.*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH

| | |
|---|---|
| TRAVIS LYNN SHUMWAY, an individual residing in the state of Utah; CHAD L. SHUMWAY, an individual residing in the state of Utah; MOUNTAIN WEST MEDICAL SUPPLY, L.L.C., a Utah limited liability company; UNITED ENERGY WORKERS HEALTHCARE, CORP., an Ohio corporation; FOUR CORNERS HEALTH CARE CORP., a Utah corporation; and FOUR CORNERS HEALTHCARE INC., a Wyoming corporation;<br><br>            Plaintiffs,<br><br>vs.<br><br>JAMES LINN WRIGHT, an individual; AUDRA WRIGHT, an individual; GARY D. SLAVENS, an individual; JANE AND JOHN DOES 1-10; and DOE BUSINESS ENTITIES 1-10;<br><br>            Defendants. | **STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE OF ALL CLAIMS BETWEEN PLAINTIFFS AND DEFENDANTS JAMES LINN WRIGHT AND AUDRA WRIGHT**<br><br>Case No.: 4:19-cv-00058-DN-PK<br><br>District Judge David Nuffer |

Plaintiffs Travis Lynn Shumway, Chad L. Shumway, Mountain West Medical Supply, LLC, United Energy Workers Healthcare, Corp., Four Corners Health Care Corp., a Utah corporation, and Four Corners Healthcare, Inc., a Wyoming corporation (collectively "Plaintiffs"), and Defendants James Linn Wright and Audra Wright (the "Wright Defendants"), by and through their counsel of record, hereby stipulate and jointly move the Court to dismiss WITH PREJUDICE all claims between Plaintiffs and the Wright Defendants because these parties have settled all claims and issues between them pursuant to the terms of that certain settlement agreement, dated July 2, 2020.  Plaintiffs and the Wright Defendants further stipulate and agree that they shall each bear their own costs and attorneys' fees for the claims prosecuted and defended by and against each other.  This Stipulated Motion does not affect Plaintiffs' claims against Defendant Gary D. Slavens.

DATED this 8th day of July 2020.

> SNOW JENSEN & REECE, P.C.
>
> */s/ J. Gregory Hardman*
> J. Gregory Hardman
> Jeffrey R. Miles
> *Attorneys for Plaintiffs*

DATED this 8th day of July 2020.

> CLYDE SNOW & SESSIONS, P.C.
>
> */s/ Matthew A. Steward (with permission to e-file*
> Matthew A. Steward
> Shaunda L. McNeill
> *Attorneys for Defendants James Linn Wright*
> *and Audra Wright*

Stipulated Motion for Dismissal with Prejudice of All Claims between Plaintiffs and Defendants James Linn Wright and Audra Wright
Shumway, et al. v. Wright, et al.
Page 2